# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ADVANTA IRA SERVICES, LLC, FBO COHEN IRA #8003614,**
Appellant,

v.

**JOY'S LIQUOR LLC,** a Florida limited liability company,
**PRADEEP P. SAWH,** individually,
**PREMIER BEVERAGE COMPANY, LLC,**
a Delaware limited liability company authorized to do business in the State of Florida,
**THE FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,**
**DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO** and
**THE STATE OF FLORIDA DEPARTMENT OF REVENUE,**
Appellees.

No. 4D18-1996

[November 14, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. CACE-17-CA-021951 (18).

Richard S. Weinstein of Richard S. Weinstein, P.A., Jupiter, for appellant.

Debi Gheorge-Alten of Debi Gheorge-Alten, P.A, Coral Springs, for appellee Joy's Liquor LLC, a Florida limited liability company.

PER CURIAM.

We affirm the order denying appellant's motion to vacate a clerk's satisfaction of judgment without prejudice to appellant seeking to obtain an amended final judgment for the amount of its fees and costs.

*Affirmed without prejudice.*

GERBER, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*